# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS ZUNIGA,
               Appellant,
        vs.
STEPHANIE GARRISON,
               Respondent.

No. 78625

FILED

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal of an order after a hearing on child visitation and allocation of expenses. Sixth Judicial District Court, Humboldt County; David R. Gamble, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed after the timely filing of a tolling motion under NRAP 4(a)(4) and before the tolling motion was formally resolved. A timely tolling motion terminates the thirty-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the district court enters a written order finally resolving the motion. *See* NRAP 4(a)(4).

Further, it appears that the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute

SUPREME COURT
OF
NEVADA

(O) 1947A

19-22334

or court rule provides for an appeal from an order resolving motions on visitation and allocation of expenses.

This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Chief Judge, The Sixth Judicial District Court
Hon. David R. Gamble, Senior Judge
Jesus Zuniga
Amens Law, LLC
Humboldt County Clerk